*EXHIBIT 1*





DELIVERED TO NEWAYGO CO.
02/09/2009 11:13:12 AM

NEWAYGO COUNTY
FEBRUARY 9, 2009
RECEIPT #41055
White Cloud, MI

STATE OF MICHIGAN $ 15.40-CO
REAL ESTATE     $ 105.00-ST
TRANSFER TAX STAMP # 15599

LIBER 433   PAGE 8436

LINDA M. LANDHEER
NEWAYGO COUNTY REGISTER OF DEEDS
RECEIVED AND RECORDED
02/09/2009  2:55:29 PM

I certify that there are no property tax liens or titles held by the State or any individual against the within description, and all taxes on same are paid for five years previous to the date of this instrument, as appears by the records in my office. This does not cover taxes in process of collection by Townships, Cities or Villages.

62-06-24-100-012 A ✓

## COVENANT DEED

The Grantor: Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates Quest Trust Series 2006-X2, Under the Pooling and Servicing agreement dated as of August 1, 2006, without recourse.

Whose address is: 10801 E. Sixth St. Ste 130, Rancho Cucamonga, CA 91730

Conveys to: Hannah Rought a single woman and Ricky J. Rought a married man,

Whose address is: 14385 Satterlee Rd, Gowen, MI 49326

The following described premises situated in the Township of Merrill, County of Newaygo, and State of Michigan to wit:

That part of Southeast 1/4 of Northwest 1/4 of Section 24, Township 15 North, Range 13 West, lyning South of Highway except the West 900 feet thereof

More Commonly known as: 406 Pierce Dr, Brohman, Michigan, 49312

Tax Item No.: 06-24-100-012

For the consideration of FOURTEEN THOUSAND AND 00/100 DOLLARS ($14,000.00)

Subject to building and use restrictions of record.

AND GRANTOR, FOR ITSELF AND ITS SUCCESSORS DOES COVENANT, PROMISE AND AGREE, TO AND WITH GRANTEE, GRANTEE'S HEIRS AND ASSIGNS, THAT GRANTOR HAS NOT DONE OR SUFFERED TO BE DONE ANYTHING WHEREBY THE PREMISES HEREBY GRANTED ARE, OR MAY BE, IN ANY MANNER ENCUMBERED OR CHARGED, EXCEPT AS HEREIN RECITED; AND THAT GRANTOR WILL FOREVER DEFEND TITLE TO THE PREMISES, AGAINST ALL PERSONS LAWFULLY CLAIMING OR WHO MAY CLAIM THE SAME, BY, THROUGH OR UNDER GRANTOR BUT NOT OTHERWISE.

Dated this January 20, 2009

( See Attached for Signatures)

Drafted by: Noemi Talamantes

Assisted By:
e Title Agency, Inc.
1650 W. Big Beaver
Troy, MI 48084

Record and Return to:
Hannah Rought a single woman and Ricky J. Rougl
14385 Satterlee Rd
Gowen MI 49326

File Number: 13.2839    Recording Fee:    County Transfer Tax: 15.40
                                          State Transfer Tax: 105.00

Covenant Deed, Page 1 of 2    Loan #0095845590/750406 Pierce Dr, Brohman, Michigan 49312

---

*Attached to and becoming a part of Covenant Deed for Property commonly known as 406 Pierce Dr, Brohman, Michigan 49312; File No. 13.2839*

Withessed:

_____
Witness  Tamara Spears

_____
Witness  Ricky Branch

State of: California
County of: San Bernardino

Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates Quest Trust Series 2006-X2, Under the Pooling and Servicing agreement dated as of August 1, 2006, without recourse.

BY: _____
Ann Pool, Vice President of Citi
ITS: Residential Lending Inc., as Attorney in Fact

The foregoing instrument was acknowledged before me this  20th  day of  January , 2009 by  Ann Pool ,  Vice President  of Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates Quest Trust Series 2006-X2, Under the Pooling and Servicing agreement dated as of August 1, 2006, without recourse.

TAMIKA OLIVER
Commission # 1745760
Notary Public - California
Orange County
My Comm. Expires May 19, 2011

_____
Notary Public
My Commission Expires: 5/19/2011

File Number: 13.2839

END OF DOCUMENT

LIBER 433   PAGE 8437

Covenant Deed, Page 2      Loan #0095845590/7 406 Pierce Dr, Brohman, Michigan 49312