# *EXHIBIT 2*

First American / Lighthouse Title

Amerquest Mortgage   4/22/08

# LAWN
# MAINTAINED BY FIELD ASSET SERVICES, INC.
# – CALL –
# 800-468-1743
# WITH ANY CONCERNS

Ashley Trickett
512-539-4031
Field Asset Services
called 5/10/09

maintained
???4411

406 Pierce DR
Brohman