# *EXHIBIT 3*

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, Aug 30, 2009 | | INCIDENT NO.<br>065-0003083-09 (02) |
|---|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1947 | | FILE CLASS<br>22001 |

| | WORK UNIT<br>MSP NEWAYGO | | COUNTY<br>Newaygo | |
|---|---|---|---|---|
| COMPLAINANT<br>RICK ROUGHT | | | TELEPHONE NO. | |
| ADDRESS: STREET AND NO.<br>1438 S SATTERLEE ROAD | | CITY<br>GOWEN | STATE<br>MI | ZIP CODE<br>49326- |
| INCIDENT STATUS<br>Unfounded | | | | |

# B&E UNFOUNDED

## INFORMATION:
The listed officer was dispatched to the listed venue for a report of a possible breaking and entering.

## VENUE:
NEWAYGO COUNTY , MERRILL TWP
406 PIERCE RD

## DATE & TIME:
ON OR AFTER: THU, AUG 20, 2009 AT 1900   AND BEFORE: THU, AUG 27, 2009 AT 1400

## COMPLAINANT:
NAM: RICK ROUGHT

| | | | RAC: | ETH: |
|---|---|---|---|---|
| NBR: 1438 | DIR: S | | SEX: M | OPS: |
| STR: SATTERLEE | | | DOB: 03/26/1963 | SSN: |
| SFX: ROAD | | | HGT: | SID: |
| CTY: GOWEN | | ST: MI | WGT: | FBI: |
| TXH: | | ZIP: 49326 | HAI: | MNU: |
| TXW: | | | EYE: | PRN: |
| MB: (616)894-4989 | | | | |

## INTERVIEW COMPLAINANT:
RICK states his daughter purchased  the listed property in Feb. 2009, from the bank that this was a repossession.  RICK said they have been using the property  since that date, and that they drove by the property last Sunday at approx. 1900, 8-20-09, and could see their flag, and other personal items in the yard.  RICK said they arrived at the property today at approx. 1400, 8-27-09, to find their things are all gone, along with the door locks have been changed.  RICK states they are missing cut firewood, and a TORO riding lawn mower, and several other items.  RICK states he found a paper taped to the front door listing FIELD ASSET SERVICES as the service that mowed the lawn, and perhaps took the belongings from inside.  RICK said he called the number, but that no one was working during the weekend to answer the call.  RICK said he was concerned about the missing items and wanted to make a police report to make sure this is not a real breaking and entering.  I instructed RICK to make a list of all the missing items and have that available in the event we are not able to locate his belongings.

| PAGE<br>1 of 2 | INVESTIGATED BY<br>TPR RICK RUNIONS #1165 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sun, Aug 30, 2009 | 065-0003083-09 (02) |
| ORIGINAL INCIDENT REPORT | TIME RECEIVED | FILE CLASS |
| | 1947 | 22001 |

**POINT OF ENTRY:**
Front door

**PHOTOGRAPHS:**
I took photographs of the inside of the residence to show there are no household items within at the time of this report, using the department digital camera.

**INVESTIGATION:**
The form showing Field Asset Services, has a phone number of (800)468-1743. I returned to the post and called the number. I received a computer answer stating their business hours are during Monday thru Friday. I went onto the Internet and located an after hours number of (512)576-6167, and spoke with MANDOLIN MULL. MULL states they did perform a clean out at 406 W Pierce, Brohman, MI. MULL states they received a notice to perform the clean out on Aug. 18th, 2009, from Mortgage Lender American Home. MULL states she will make an inquiry to the bank to confirm the home was purchased in Feb. 2009, and that they should not have done the clean out, and attempt to contact the subcontractor in Michigan that may or may not still have the property of the ROUGHTS.

MULL states I will be contacted by MICHAEL TROPP, (51)531-4441, in reference to the disposition of her inquiry. I contacted RICK ROUGHT and informed him I identified that Field Asset Services did clean out the house as a work order from a Lending Company, and that they will try to resolve this matter with him. I asked RICK if I could give his name and number to the Field Asset Services and he said yes, that would be fine.

I have not heard from MR. TROPP as of 9-1-09, and I called his number, the message service to his phone was full and I could not leave him a message. I called the original number and was connected with CHEVON JOINER, her direct number is (512)539-4373, and fax (512)339-2700. CHEVON said she would contact RICK ROUGHT to resolve this complaint. I gave RICK'S phone number to CHEVON.

**STATUS:**
Unfounded

| PAGE 2 of 2 | INVESTIGATED BY TPR RICK RUNIONS #1165 | REPORTED BY | REVIEWED BY |
|---|---|---|---|