# *EXHIBIT   4*

# WARNING!

## THIS PROPERTY HAS BEEN WINTERIZED.

The water supply has been shut off and antifreeze added into all toilets, sinks and traps. <u>DO NOT</u> attempt to turn the water on as damage to the property can occur. If you attempt to de-winterize this property without an FAS Contractor, you will be held liable for any plumbing/water damage.

FOR FURTHER INFORMATION, CONTACT COMPANY PERFORMING THE WINTERIZATION or FAS @ 800-468-1743:

**Out In The Woods, LLC    231-342-7496**

**PO Box 203 Baldwin, MI 49304**

9/9/08

DATE OF WINTERIZATION: