*EXHIBIT 5*

Rick Rought
1438 S Satterlee
Gowen, MI 49326

Field Asset Services, Inc

October 9, 2009

Dear Ms Ashley Tackett

This e-mail is in response to our telephone conversation last month concerning our property located at 406 Pierce St in Brohman Michigan. As you will remember per our conversation your company "Field Asset services, Inc" broke into our property, replaced the locks and removed every piece of personal property inside and outside of the buildings. After the company was notified of their trespass by the State Police and myself the company again forced entry of the property on September 8, 2009 causing more damage and winterizing the property.

This attached list is a value amount of the property loss and damages for your trespass. The state police incident report number is 65-3083-09 for the first violation. The second violation occurred 9/8/09 and we again reported this to the state police, you can contact them yourself if you need another incident report number.

You may contact me at 616-894-4989. I would appreciate a telephone call to let me know the status of this situation.

Thank you,

Ricky J Rought
Sherry S Rought


Enclosure

Damages & Property Loss for
406 Pierce St. Brohman, Michigan 49312
Rick Rought

Two Screen storm doors: $300
Two damaged steel entry doors: $500
Passage door through garage: $100
Damaged overhead garage door: $350
Garage door opener: $200
Labor to reinstall Hot Water Heater & pump: $500
Two steel entry doors: $500
Electrical Box/Fuses/Inspection by electrician: $350
Trash pile/Dumpster rental: $800
Replacement of all locks & deadbolts: $300
Replacement of garage overhead door & opener: $300
Three new lock sets: $300
Used lock sets: $30
Fire wood: $200
6 ceiling fans: $1200
Tape measure: $20
Misc Tools: $500
Carpet: $1600
Carpet Pad: $600
Pencil sharpener: $20
Pots & Pans: $100
Buckets: $12
Dining table: $2000
4 dining chairs: $1800
chair pads: $100
Directors chairs: $100
McCoy pottery/floral arrangement: $150
Wood basket floral arrangement: $50
Metal dust pan: $20
Curtains: $150
Shovels: $40
Brooms: $40
Mop: $20
Mop bucket: $65
Cleaning supplies: $50
Contractors bags: $20
Glass window: $45
Cabinet off wall/matching cabinet in garage: $350
American flag & bracket: $40
Ladder: $80
3 bird houses: $90
cow skull: $250
Wreath: $45
Misc Items: $1000
Time spent/travel/telephone: $1080