United States District Court
for the Western District of Michigan

_____

# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:10-cv-403 | Rought v. Deutsche Bank | 11/30/2010 |

**PARTIES**      Attendees

| Name | On Behalf Of |
|---|---|
| Ricky Rought | Plaintiff |
| Sherry Rought | Plaintiff |
| Hannah Rought | Plaintiff |
| Christopher Helling | Defendant Field Asset Services |
| Denise McCloyn | Defendants Deutsche Bank and American Home Mortgage |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Andrew Garcia | Plaintiff |
| Dennis Goebel | Defendant Field Asset Services |
| Marty Frankel | Defendants Deutsche Bank and American Home Mortgage |

Result:   ■  Settled in full – Final paperwork will be filed by: **1/1/2011**
          ☐  Mediation continuing – Date of Next Session
          ☐  Not settled – Mediation Completed


Dated:  December 1, 2010            /s/ Jon G. March
                                    Jon G. March
                                    Mediator