IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN
WESTERN DIVISION

RICKY J. ROUGHT and HANNAH ROUGHT,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee of Ameriquest Mortgage Securities, Inc.,
Asset-Backed Pass Through Certificates Quest Trust
Series 2006-x2; FIELD ASSET SERVICES, INC.; and
AMERICAN HOME MORTGAGE SERVICING, INC.,

    Defendants.

Case No. 1:10-cv-403

Hon. Janet T. Neff

## STIPULATION FOR ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

    NOW COME the above named parties and hereby stipulate to the dismissal of this action with prejudice and without costs or attorney fees.

/s/ Andrew J. Garcia (w/consent)
Andrew J. Garcia
Joseph F. deMello
Attorneys for Plaintiffs

/s/ Dennis M. Goebel (w/consent)
Attorneys for Field Asset Services, Inc.

/s/ Martin S. Frenkel
Martin S. Frenkel (P49283)
Courtney D. Roschek (70899)
Attorneys for Defendants
American Home Mortgage Servicing, Inc. and
Deutsche Bank National Trust Co.

DATED:  December 29, 2010

1029354 (13482-0013)

2

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

At a session of said court held in the
City of Grand Rapids, County of Kent,
on: _____

PRESENT HONORABLE: _____
U.S. District Court Judge

In accordance with a stipulation to that effect, this case is hereby dismissed, with prejudice and without costs or attorney fees.

SO ORDERED.

_____
U.S. District Court Judge

1029354  (13482-0013)